# RETURETA & WASSEM, P.L.L.C.

### ATTORNEYS AT LAW
300 NEW JERSEY AVENUE, NW ~ SUITE 900
WASHINGTON, D.C. 20001
WWW.RETURETAWASSEM.COM

MANUEL J. RETURETA, ESQ. (DC)                                         (202) 450-6119
LEIGH ANNE WASSEM, ESQ. (MD)                                      FAX:  (202) 347-0130

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/22/2016

March 21, 2016

Via ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
New York, New York  10007

Re: United States v. Fabio Lobo Lobo, 15-cr-174 (LGS)

Dear Judge Schofield:

The parties respectfully request a brief adjournment of the motion filing deadline established by the Court at the most recent status hearing on January 19, 2016.  The basis for this request is to allow additional time for the parties to continue discussing case resolution short of trial, and allow defense counsel to consult with the defendant on such a resolution.  Since the last court hearing undersigned counsel has been engaged in a lengthy trial in the District of Columbia.  This commitment has limited the amount of time counsel has had to confer with Mr. Lobo.

Accordingly, the parties agree that an additional two-weeks would be an appropriate period of time for the reasons set forth above, and a period of time that would not alter the Court's previous trial schedule.  As noted in the Court's January order, March 21st filings would lead to responses by April 4th, replies on April 11th, and a status conference on May 16th.  The following schedule is respectfully suggested:  motions due by April 4, responses by April 18, replies by April 25th.

Respectfully submitted,

*[signature]*

Manuel J. Retureta, Esq.

Application Granted.  Defendant's motions, if any, shall be filed by April 4, 2016.  The Government's response shall be filed by April 18, 2016.  Defendant's reply shall be filed by April 25, 2016.  The parties are warned that this application is untimely.  No further extensions will be granted absent extraordinary circumstances.  The parties are also reminded that discussions regarding the possible disposition of this matter will not stay the aforementioned schedule.  The Clerk of the Court is directed to terminate the letter motion at docket number 29.

Dated: March 22, 2016
New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE