UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                    15 Cr. 174-01  (LGS)

FABIO LOBO LOBO,

Defendant.

## DEFENDANT FABIO LOBO'S SUPPLEMENT
## TO HIS MEMORANDUM IN AID OF SENTENCING

### - Translation of Spanish Documents -

RETURETA & WASSEM, P.L.L.C.

Manuel J. Retureta, Esq.
300 New Jersey Avenue, NW
Suite 900
Washington, D.C.  20001
*Defense Counsel for Fabio Lobo*

Pursuant to this Court's order of June 30, 2017 [ECF 212], Mr. Lobo files the attached exhibits translating the previously filed documents in their original form.

Exhibits 3, 4, 5, 6, and 7 reflect Mr. Lobo's professional achievements as attorney and notary in Honduras.

The exhibits also reflect the financial difficulties that Mr. Lobo and his family endured and continue to suffer.  Exhibits 9 and 10 reflect loans taken by Mr. Lobo that resulted in default, collection, and public notice of collection.  Exhibits 11, 12 and 13 reflect loans or mortgages taken by Mr. Lobo that were/are in arrears or defaulted.

Finally, the exhibits reflect the current income for the family unit, that is the salary of Mr. Lobo's wife.  Exhibit 14.  Also included is a bill for city services currently paid by Mrs. Lobo.  Exhibit 15.

Respectfully submitted,

RETURETA & WASSEM, P.L.L.C.

By: _____
Manuel J. Retureta, Esq.
300 New Jersey Ave., NW, Suite 900
Washington, D.C.  20001
202.450.6119
MJR@RETURETAWASSEM.COM
*Defense Counsel for Fabio Lobo*

cc:  All parties via ECF filing.

2